# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.D., | : | Civil No. 3:16-CV-1056 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| SHOHOLA CAMP GROUND AND RESORT, | : | |
| Defendant | : | |

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

This case involves allegations of battery, negligence and negligent hiring and supervision in connection with an episode of alleged sexual abuse which occurred when the then-minor plaintiff, R.D., was participating in a camping excursion conducted by the defendant. In the course of this excursion it is alleged that another camper, identified as N.S., sexually assaulted the plaintiff, and may have had inappropriate sexual contact with two other minors who shared a tent with the plaintiff and N.S. during this excursion. These two other minors are identified in these proceedings as G.M. and E.J.

On March 7, 2017, this matter was referred to the undersigned for pretrial management and resolution of discovery disputes. Since that time we have

1

addressed, and are in the process of addressing, numerous discovery disputes between these parties. As part of this process we convened a conference of counsel on April 27, 2017, in order to address an array of pending discovery issues. In the wake of that conference, we addressed issues relating to disclosure of e-mail communications and directed that: (1) the temporal scope of any e-mail review is limited to the most pertinent time period, January 2016 to the present. (2) With respect to e-mails between the defendant and GM any undisclosed e-mails were to be provided to the court for *in camera* review on or before **May 12, 2017**.

We have received this *in camera* submission, and carefully reviewed the e-mails contained therein. Our review leads us to conclude that none of these e-mails contains relevant, admissible, or discoverable evidence in the case presently pending before the court. Therefore, on the basis of this *in camera* review, IT IS ORDERED that no further disclosure of the submitted e-mails is necessary in this lawsuit.

So ordered this 24th day of May, 2017.

*S/ Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge