# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R.D., | : | No. 3:16cv1056 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | (Magistrate Judge Carlson) |
| | : | |
| SHOHOLA CAMP GROUND AND RESORT, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this 24th day of April 2018, the defendant's appeal (Doc. 151) of Magistrate Judge Carlson's order denying the defendant's motion to quash the subpoena served upon Gary Trobe is hereby **DENIED**. The order of Magistrate Judge Carlson (Doc. 149) is **AFFIRMED**, and the motion to quash is **DENIED.**

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**