# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| "R.D.," : | Civil No. 3:16-CV-01056 |
| Plaintiff, : | |
| v. : | (Magistrate Judge Carlson) |
| SHOHOLA, INC., : | |
| Defendant. : | |

## ORDER

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

The plaintiff, "R.D.," commenced this action on June 3, 2016, alleging that the defendant, Shohola, Inc., is liable to him for the injuries he incurred when he was sexually assaulted on one of the defendant's overnight camping trips. The parties are currently preparing for trial on the remaining negligence claims in this lawsuit. As trial approaches the parties have filed some 30 motions *in limine*, including two motions filed by the plaintiff, (Docs. 301, 347), and 28 motions submitted by the defendant. (Docs. 302-327, 360).

One of these motions, defense motion *in limine* Number 10 relates to *voir dire* and proposes to regulate counsel's questioning of witnesses in voir dire. (Docs. 311). This motion is fully briefed and argued by the parties and is, therefore, ripe for resolution. (Doc. 366). This motion will be DENIED without prejudice since as we

discussed at the pre-trial conference on November 18, the court will conduct *voir dire* in the case drawing upon the proposed questions tendered by the parties. Therefore, the scope and nature of *voir dire* can be taken up at the pre-trial conference in connection with the parties proposed voir dire questions.

So ordered this 19th day of November 2019.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge